UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

AMERICAN EMPIRE SURPLUS LINES
INSURANCE COMPANY,

                Plaintiff,

-against-

KAD CONSTRUCTION CORP, et al.,

                Defendants.
-------------------------------------------------------------------X

**USDC SDNY DOCUMENT ELECTRONICALLY FILED DOC #:_____ DATE FILED: 7/24/2025**

**ORDER RESCHEDULING SETTLEMENT CONFERENCE**

**23-CV-9653 (JAV)**

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

The settlement conference scheduled for **Monday, August 4, 2025 at 2:00 p.m. is hereby rescheduled to Monday, September 29, 2025 at 10:00 a.m.** in Courtroom 17-D, United States Courthouse, 500 Pearl Street, New York, New York. Parties must attend in-person with their counsel. Corporate parties must send the person with decision making authority to settle the matter to the conference. The parties are instructed to complete the Settlement Conference Summary Report and prepare pre-conference submissions in accordance with the Judge Parker's Individual Rules of Practice. Pre-conference submissions must be received by the Court no later than **September 22, 2025 by 5:00 p.m.**

    SO ORDERED.

Dated: July 24, 2025
       New York, New York

_____
KATHARINE H. PARKER
United States Magistrate Judge