

Attorneys at Law
**L'Abbate, Balkan, Colavita & Contini, L.L.P.**
3 Huntington Quadrangle, Suite 102S, Melville, New York 11747
T.516.294.8844  F.516.294.8202
www.lbcclaw.com

Maureen E. O'Connor
Of Counsel
moconnor@lbcclaw.com
Direct Dial (516) 837-7432

**MEMO ENDORSED**

August 27, 2025

**BY ECF**

Hon. Jeannette A. Vargas
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street, Room 703
New York, New York 10007

Plaintiff's request for an adjournment of the motion hearing is GRANTED. The motion hearing previously scheduled for September 16, 2025, is adjourned to September 25, 2025, at 10:30am.

SO ORDERED.
Dated: August 27, 2025

_____
JEANNETTE A. VARGAS
UNITED STATES DISTRICT JUDGE

Re: *American Empire Surplus Lines Insurance Company v. KAD Construction Corp., et al.,* Docket No. 23-CV-09653 (JAV)(KHP)

Dear Judge Vargas:

We represent plaintiff American Empire Surplus Lines Insurance Company. This letter is respectfully submitted with the consent of defendants' counsel to request a brief adjournment of the motion hearing set for September 16, 2025, as set forth in the Court's Scheduling Order of today's date (ECF 42). The reason the adjournment is sought is due to the fact that the undersigned will be out of the country and have limited access to cell phone, email or Wi-Fi service on the scheduled date, returning to the office on September 22, 2025.

We thank the Court for its consideration of this request.

Respectfully submitted,

L'ABBATE, BALKAN, COLAVITA
& CONTINI, L.L.P.

MAUREEN E. O'CONNOR

MEO/hs

cc:   Counsel of Record (*by ECF*)