UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
                                                           :

AMERICAN EMPIRE SURPLUS LINES          :
INSURANCE COMPANY,                      :              23-CV-09653 (JAV)
                                                              :
                        Plaintiff,             :              ORDER SCHEDULING
                                                              :              DEFAULT JUDGMENT
           -v-                            :              BRIEFING AND HEARING
                                                              :

KAD CONSTRUCTION CORP., et al.,           :
                                                              :
                      Defendants.          :
-------------------------------------------------------------------X

JEANNETTE A. VARGAS, United States District Judge:

On **November 10, 2025**, Plaintiff filed a motion for a default judgment as to all remaining Defendants under Federal Rule of Civil Procedure 55(b)(2) and Local Civil Rule 55.2(b). *See* ECF No. 53.

A default judgment is a legal ruling that ends the litigation in favor of a plaintiff as a result of a defendant's failure to respond to a complaint. Should Plaintiff obtain a default judgment, the Court could grant Plaintiff some or all of the relief requested in the Complaint. Defendants could even be determined to be liable to pay money damages to Plaintiff. If Defendants do not participate in the lawsuit now, they would likely waive their right to raise factual or legal defenses that they may have to Plaintiff's claims.

It is hereby ORDERED that Defendants shall file any opposition to the motion for default judgment by **December 10, 2025**. Defendants are cautioned that corporate entities may appear in federal court only through licensed counsel, *see Lattanzio v. COMTA*, 481 F.3d 137, 140 (2d Cir. 2007), and where such an entity "repeatedly fails to appear by counsel, a default judgment may be entered against it," *Grace v. Bank Leumi Tr. Co. of N.Y.*, 443 F.3d 180, 192 (2d Cir. 2006) (internal quotation marks omitted).

2

It is further ORDERED that Defendants appear for a hearing on the default judgment motion before this Court on **December 22, 2025**, at **2:30pm**, as to why an order should not be issued granting a default judgment against Defendants.

It is further ORDERED that, **within one business day of the date of this Order**, Plaintiff serve Defendants via overnight courier with (1) a copy of the motion for default judgment and all supporting papers; and (2) a copy of this Order.  Within **two business days of service,** Plaintiff must file proof of such service on the docket.

SO ORDERED.

Dated:  November 19, 2025
       New York, New York

_____
    JEANNETTE A. VARGAS
    United States District Judge