UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

AMERICAN EMPIRE SURPLUS LINES
INSURANCE COMPANY,

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:___6/12/2026___

                                      Plaintiff,                          **ORDER**

        -against-                                                 **23-CV-9653 (JAV) (KHP)**

KAD CONSTRUCTION CORP, et al.,

                                      Defendants.
-------------------------------------------------------------------X

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

On June 11, 2026, Plaintiff filed a letter requesting a 30-day extension of time to file a supplemental memorandum of law in response to the Court's Text Order at ECF No. 65.  In light of the stated grounds for the request, the extension of time is GRANTED.  Plaintiff shall file its supplemental memorandum by **July 15, 2026**.

**The Clerk of Court is respectfully directed to terminate the motion at ECF No. 67.**

**SO ORDERED.**

Dated: June 12, 2026
        New York, New York

_____
KATHARINE H. PARKER
United States Magistrate Judge

2