USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/7/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
AMERICAN EMPIRE SURPLUS LINES INSURANCE COMPANY,

Plaintiff,

-against-

KAD CONSTRUCTION CORP, et al.,

Defendants.
---------------------------------------------------------------X

**ORDER ADJOURNING CASE MANAGEMENT CONFERENCE**

**23-CV-9653 (JAV)(KHP)**

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

In light of the Stipulation of Dismissal filed on July 6, 2026 (ECF No. 70) the Case Management Conference currently scheduled for **July 21, 2026,** is hereby adjourned *sine die*.

**SO ORDERED.**

Dated: July 7, 2026
New York, New York

Katharine H Parker
KATHARINE H. PARKER
United States Magistrate Judge